Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiff,*
Irene Russo

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IRENE RUSSO,**<br><br>                Plaintiff,<br><br>v.<br><br>**ROBINSON & ASSOCIATES,**<br><br>                Defendant. | Case No.: 2:14-cv-02852-MMM-JPR<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after February 13, 2015 for filing a joint dismissal.

Respectfully submitted,

Date: December 15, 2014      **HYDE & SWIGART**

                                                       By: s/ Joshua B. Swigart
                                                           Joshua B. Swigart
                                                           Attorneys for Plaintiff