JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE RUSSO,<br><br>    Plaintiff(s),<br><br>vs.<br><br>ROBINSON & ASSOCIATES,<br><br>    Defendant(s). | ) CASE NO. CV 14-02852-MMM(JPRx)<br>)<br>)<br>)<br>) ORDER DISMISSING CIVIL ACTION<br>)<br>)<br>)<br>)<br>)<br>) |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60** **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED:   December 17, 2014

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE